IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY COLEMAN,

                Plaintiff,

v.

DANE COUNTY SHERIFF,
DEPUTY FOLTMAN, DEPUTY TILLSMAN
and DEPUTY HAWLEY

                Defendants.

ORDER

13-cv-565-bbc

---

TIMOTHY COLEMAN,

                Plaintiff,

v.

MANITOWOC COUNTY SHERIFFS,

                Defendant(s).

ORDER

13-cv-566-bbc

---

Plaintiff Timothy Coleman, an inmate at the Dane County Jail in Madison, Wisconsin, has submitted two proposed complaints.  With the exception of habeas corpus proceedings, the fee for civil actions filed after May 1, 2013 is $400 unless a litigant qualifies as indigent under the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a), in which case the fee is $350.  In each case, plaintiff has filed a motion for leave to proceed *in forma pauperis*.  Because plaintiff is detained, he is subject to the 1996 Prisoner Litigation Reform Act.  This means that before this court may decide whether he can proceed *in forma pauperis*, he will have to make an initial partial payment of the filing fees for each action.  Plaintiff's initial partial payments cannot be calculated at this time because he has not submitted an inmate account statement with either of his complaints.

Plaintiff's complaints were submitted August 11, 2013. With his complaints plaintiff sent a note that he was incarcerated at the jail beginning July 9, 2013. Therefore, plaintiff's inmate account statement should cover the period beginning with the date he was incarcerated and ending approximately August 11, 2013. Once plaintiff has submitted the necessary account statement, the court will calculate the initial partial payment for each case and advise him of the amounts he will have to pay before the court can screen the merits of his complaints under § 1915(e)(2). Plaintiff should show a copy of this order ro jail officials to insure that they are aware they should send a copy of plaintiff's account statement to this court.

ORDER

IT IS ORDERED that plaintiff Timothy Coleman may have until September 9, 2013, in which to submit a certified copy of his inmate account statement for the period beginning with his incarceration and ending approximately August 11, 2013. If, by September 9, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw these two actions voluntarily. In that event, the clerk of court is directed to close these two cases without prejudice to plaintiff's filing them at a later date.

Entered this 15th day of August, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge