IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY COLEMAN,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

v.  13-cv-565-bbc

DEPUTY FOLTMAN, DEPUTY TILLSMON
and DEPUTY HAWLEY,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Deputies Foltman, Tillson and Hawley granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

| /s/ | 5/20/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |